1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8             CENTRAL DISTRICT OF CALIFORNIA

9                   WESTERN DIVISION

10

11 | SCOTT ROBINSON,                    ) No. CV 12-06091-JST (VBK)
                                        )
12 |              Petitioner,           ) ORDER ACCEPTING FINDINGS AND
                                        ) RECOMMENDATIONS OF UNITED STATES
13 |     v.                             ) MAGISTRATE JUDGE
                                        )
14 | LINDA SANDERS,                     )
                                        )
15 |              Respondent.           )
   |————————————————————————————————   )
16

17       Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition

18 for Writ of Habeas Corpus ("Petition"), the records and files herein,

19 and the Report and Recommendation of the United States Magistrate

20 Judge ("Report").

21       **IT IS ORDERED** that the Court accepts the findings and

22 recommendations of the Magistrate Judge.

23

24 DATED: September 10, 2013        JOSEPHINE STATON TUCKER
                                   ————————————————————————————
25                                 JOSEPHINE STATON TUCKER
                                   UNITED STATES DISTRICT JUDGE

26

27

28